UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LATU KAMISESE LAVABI,

              Petitioner,

    v.

DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

              Respondents.

Case No. C25-1133-BHS-MLP

ORDER TO SHOW CAUSE

        Petitioner Latu Kamisese Lavabi has submitted to the Court for consideration a proposed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, a motion to appoint counsel, and an application to proceed with this federal habeas action *in forma pauperis* ("IFP"). (Dkt. ## 3, 3-1, 3-2.) In the IFP application, Petitioner reports having $90.00 cash on hand, no funds in checking or savings, no valuable property, no monthly expenses, and no income due to being detained. (Dkt. # 3 at 1-2.) Petitioner did not provide a certified copy of his prisoner trust account statement because "GEO/ICE refuse to do this." (*Id.* at 2.) While Petitioner's funds are not substantial, it appears Petitioner has funds sufficient to pay the $5.00 filing fee. Accordingly, the

ORDER TO SHOW CAUSE - 1

Court will require that Petitioner pay the filing fee or provide the Court with an explanation as to why he cannot.

Based on the foregoing, the Court hereby orders as follows:

(1) Petitioner shall SHOW CAUSE, not later than *August 6, 2025*, why his IFP application should not be denied. In the alternative, Petitioner may pay the $5.00 filing fee before that date. Petitioner is advised that his failure to show cause or to pay the requisite filing fee by the date set forth above shall be deemed a failure to properly prosecute this matter and the Court will recommend this action be dismissed.

(2) The Clerk is directed to re-note Petitioner's IFP Application (dkt. # 3) for consideration on *August 6, 2025*. The Clerk is further directed to send copies of this Order to Petitioner and to the Honorable Benjamin H. Settle.

Dated this 8th day of July, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2