UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LATU KAMISESE LAVABI,

                Petitioner,

    v.

DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

                Respondents.

Case No. C25-1133-BHS-MLP

ORDER ADDING PROPER RESPONDENT AND FOR SERVICE AND RETURN, § 2241 PETITION

       Petitioner has filed a 28 U.S.C. § 2241 immigration habeas petition, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). (Dkt. # 5.) Having reviewed the petition, the Court ORDERS:

       (1)    Petitioner has named as respondents the Immigration and Customs Enforcement ("ICE") Director and Seattle Field Office Director, the United States Department of Homeland Security Secretary, and the United States Attorney General. (Dkt. # 5 at 1.) However, the proper respondent for § 2241 petitions is "the person who has custody over [the petitioner]"; *i.e.*, "the warden of the facility where the prisoner is being held[.]" *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004) (first alteration in original) (quoting 28 U.S.C. § 2242); *see also Doe v. Garland*, 109

F.4th 1188, 1197 (9th Cir. 2024) (vacating grant of federal habeas relief where immigration detainee's direct custodian was not named as respondent). Petitioner indicates he is currently detained at the Northwest ICE Processing Center ("NWIPC"), so the proper respondent for this action is the individual in charge of that facility. Accordingly, the Clerk is directed to ADD Bruce Scott, Warden of NWIPC, as a respondent in this action.

(2) If not previously accomplished, electronic posting of this Order and Petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon the named Respondent(s).

(3) **Within 30 days of the date this Order is posted**, Respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondent(s) shall address and submit evidence relevant to Petitioner's allegation that his detention is unlawful because ICE is unable to effectuate his removal in the reasonably foreseeable future. Respondent(s) shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner.

(4) The return will be treated in accordance with Local Rules W.D. Wash. LCR 7(d)(4). Accordingly, on the face of the return, Respondent(s) shall note it for consideration no earlier than 28 days after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response no later than 21 days after the return is filed, and Respondent(s) may file and serve a reply no later than 28 days after the return is filed.

(5) If Petitioner's custody status changes at any point during this litigation, **Respondent(s) shall file a status update with the Court as soon as possible and no later than 14 days after the change**.

Dated this 1st day of August, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER ADDING PROPER RESPONDENT AND
FOR SERVICE AND RETURN, § 2241 PETITION
PAGE - 3