1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    LATU KAMISESE LAVAKI,

9                    Petitioner,

10        v.

11   DIRECTOR OF UNITED STATES
     IMMIGRATION AND CUSTOMS
12   ENFORCEMENT, *et al.*,

13                    Respondents.

Case No. C25-1133-BHS-MLP

ORDER

14

15        Having reviewed the Report and Recommendation of the Honorable Michelle L.

16   Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining

17   record, the Court finds and ORDERS:

18        (1)    The Court ADOPTS the Report and Recommendation.

19        (2)    Respondent's motion to dismiss (dkt. # 10) is GRANTED.

20        (3)    Petitioner's petition for writ of habeas corpus (dkt. # 5) is DENIED and the

21   petition is dismissed with prejudice.

22        The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

23        //

ORDER - 1

1          Dated this __ day of [Pick the date].

2

3
                                            _____
                                            Benjamin H. Settle
4                                           United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2