# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LATU KAMISESE LAVAKI,<br><br>      Petitioner,<br><br>v.<br><br>DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>      Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C25-1133-BHS-MLP |

\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and approved. The petition for writ of habeas corpus is DENIED and this action is DISMISSED with prejudice.

Dated this \_\_ day of _____, 2025.

                Ravi Subramanian
                Clerk of Court

                s/_____
                Deputy Clerk