UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LATU KAMISESE LAVAKI,

                    Petitioner,

     v.

DIRECTOR OF U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT, et
al.,

                    Respondent.

CASE NO. C25-1133 BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge Michelle Peterson's Report and Recommendation (R&R), Dkt, 13, recommending the Court grant respondent ICE's motion to dismiss, deny petitioner Lavaki's § 2241 habeas petition, and dismiss this action with prejudice.

A district judge must determine de novo any part of a magistrate judge's proposed disposition to which a party has properly objected. It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended disposition; receive further

1    evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P.

2    72(b)(3).

3    A proper objection requires "specific written objections to the proposed findings

4    and recommendations" in the R&R. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121

5    (9th Cir. 2003) (en banc); Fed. R. Civ. P. 72(b)(2).

6    Lavaki has not objected to the R&R, and it is not clearly erroneous or contrary to

7    law. The R&R is **ADOPTED**. ICE's motion to dismiss is **GRANTED**, Lavaki's § 2241

8    habeas petition is **DENIED**, and this matter is **DISMISSED** with prejudice.

9    The Clerk shall enter a **JUDGMENT** and close the case.

10    **IT IS SO ORDERED**.

11    Dated this 13th day of November, 2025.

12

13

14    BENJAMIN H. SETTLE
      United States District Judge

15

16

17

18

19

20

21

22

ORDER - 2