# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LATU KAMISESE LAVAKI,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>　　　　　　　　Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C25-1133-BHS-MLP |

\_\_\_　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　X　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and approved. The petition for writ of habeas corpus is DENIED and this action is DISMISSED with prejudice.

Dated this 13th day of November, 2025.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Michael Williams
　　　　　　　　　　　　　　　　　　Deputy Clerk